THE PEOPLE OF THE STATE OF NEW YORK v. JACK ROBIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CATHERINE O'BRIEN v. JAMES E. GAFFNEY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAMES CARSTAIRS and Others v. HELEN M. SPEAR, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GREENBAUM SONS BANK AND TRUST COMPANY v. SAMUEL JAFFE.— Motion granted on condition stated in order; if said terms are not complied with, motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EVA M. TROST v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SCHWARTZ & WEISNER HOLDING CORPORATION v. CHARLES H. FERNALD and Others.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNA SPENCER, INC., v. EMPIRE PRODUCING CORPORATION.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

G. BAHNSEN & COMPANY, INC., v. SAMUEL LEAF.—Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

YORKVILLE MOTOR COMPANY, INC., v. INSURANCE COMPANY OF NORTH AMERICA —Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY SUGARMAN v. HARRY FREEMAN.—Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY v. THE TERRY & TENCH COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARGARET C. REID v. DANIEL G. REID.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES P. DORFF v. ANTONIO TAYA and Others.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BERTHA CHYSKY v. DRAKE BROTHERS COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELIZABETH K. DOOLING v. THOMAS J. DRENNAN, as Fire Commissioner, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.